IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CR-00193-1D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| KEVIN MICHAEL SAULS | ) | |

This matter is before the Court on defendant Kevin Sauls' motions for return of property [DE-119 & DE-141] concerning $6,000.00 in U.S. Currency seized from the defendant during the course of this investigation and now in the custody of the United States Marshals Service ("USMS"). Based upon the agreement of the parties as to the disposition of the funds, it is hereby

ORDERED that defendant's first motion for return of property [DE-119] is GRANTED, and his second motion for return of property [DE-141] is DENIED as moot; and it is further

ORDERED that the USMS is directed to release $4,747.21 to the North Carolina Department of Revenue pursuant to a duly issued warrant for collection of taxes; and it is further

ORDERED that the USMS is direct to transfer the remaining $1,252.79, less any debt the government is authorized to collect, to the defendant or his designee.

SO ORDERED. This **29** day of December 2020.

JAMES C. DEVER III
United States District Judge